ADAM A. REEVES (NYBN 2363877)
Attorney for the United States,
Acting Under Authority Conferred by 28 U.S.C. § 515

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

KRISTINA GREEN (NYBN 5226204)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6912
    FAX: (415) 436-7027
    Kristina.Green@usdoj.gov

Attorneys for United States of America

FILED 2020 FEB 21 P 3:56

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3-20-70149 JCS |
| Plaintiff, | [~~PROPOSED~~] DETENTION ORDER |
| v. | |
| LARRY ELTON HENLEY, | |
| Defendant. | |

On February 7, 2020, defendant Larry Elton Henley was charged by complaint with bank robbery, in violation Title 18 United States Code Section 2113(a), and armed bank robbery, in violation of Title 18 United States Code Sections 2113(a) and (d).

This matter came before the Court on February 21, 2020, for a detention hearing. The defendant was present and represented by Mr. Geoffrey Hansen. Assistant United States Attorney Kristina Green appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and by clear and

convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community. Accordingly, the defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As noted on the record, the Court finds by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required, including because the defendant has a history of violating conditions of release and parole. As noted on the record, the Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community based in part on the defendant's criminal history, which includes an in-prison arrest in 2011 for assault by a prisoner. This finding is made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: 2/21/20

THE HONORABLE JOSEPH C. SPERO
United States Chief Magistrate Judge

[PROPOSED] DETENTION ORDER          2          v. 11/01/2018
3-20-70149 JCS